*Per Curiam.* *Sua sponte,* the court finds the decision of the Board of Tax Appeals unreasonable and unlawful and reverses it upon the authority of *Elkem Metals Co., L.P. v. Washington Cty. Bd. of Revision* (1998), 81 Ohio St.3d 683, 693 N.E.2d 276, decided today.

*Decision reversed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

PATRICIAN PARTNERS, APPELLEE, *v.* FRANKLIN COUNTY BOARD OF REVISION ET AL., APPELLANTS.

[Cite as *Patrician Partners v. Franklin Cty. Bd. of Revision* (1998), 81 Ohio St.3d 689.]

(No. 98–504—Submitted April 21, 1998—Decided May 13, 1998.)

*Ronald J. O'Brien,* Franklin County Prosecuting Attorney, and *Matthew H. Chafin,* Assistant Prosecuting Attorney, for appellants Franklin County Board of Revision and Franklin County Auditor.

*Teaford, Rich & Wheeler* and *Jeffrey A. Rich,* for appellant Board of Education of the City of Columbus School District.

*Per Curiam.* *Sua sponte,* the court finds the decision of the Board of Tax Appeals unreasonable and unlawful and reverses it upon the authority of *Elkem*

*Metals Co., L.P. v. Washington Cty. Bd. of Revision* (1998), 81 Ohio St.3d 683, 693 N.E.2d 276, decided today.

*Decision reversed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.